

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00671-CR

Taylor Eugene **KREGEAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2572-CR-C
Honorable Jessica Crawford, Judge Presiding

Opinion by:      Luz Elena D. Chapa, Justice

Sitting:         Rebeca C. Martinez, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Beth Watkins, Justice

Delivered and Filed: June 14, 2023

MOTION TO WITHDRAW GRANTED; AFFIRMED

Appellant Taylor Eugene Kregear pleaded guilty to aggravated sexual assault of a child and indecency with a child. The trial court deferred a finding of guilt, placed Kregear on community supervision for ten years, and ordered Kregear to pay a fine of $1,000. The State later filed a motion for adjudication of guilt, alleging Kregear violated several conditions of his community supervision. At the hearing on the State's motion, Kregear entered a plea of "true" to violating five conditions. The trial court revoked Kregear's community supervision, adjudicated him guilty, and sentenced him to fifteen years' confinement on both counts with the sentences to run concurrently. Kregear now appeals.

Kregear's court-appointed appellate attorney filed a motion to withdraw and a brief in which he concludes this appeal is frivolous and without merit. The brief demonstrates a professional and thorough evaluation of the record and meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978), and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel sent copies of the brief and motion to withdraw to Kregear and informed him of his rights in compliance with the requirements of *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). Counsel also provided Kregear with a copy of the appellate record. On January 9, 2023, this court notified Kregear of the deadline for him to file a pro se brief. This court also extended the deadline for Kregear to file a pro se brief after counsel informed the court Kregear indicated he would file a pro se brief. No pro se brief was filed.

We have thoroughly reviewed the record and counsel's brief. We conclude there is no reversible error and agree with counsel the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we grant the motion to withdraw filed by Kregear's counsel and affirm the trial court's judgment. *See id*.; *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).[1]

Luz Elena D. Chapa, Justice

Do Not Publish

---

[1] No substitute counsel will be appointed. Should Kregear wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days after either this opinion is rendered or the last timely motion for rehearing or motion for en banc reconsideration is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Court of Criminal Appeals. *See id.* R. 68.3. Any petition for discretionary review must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* R. 68.4.